No. 76–6082.   HARBOLT *v.* McCUNE, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 76–6090.   LIGGONS *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 76–6091.   GIFFORD *v.* FEDERAL ELECTION COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 76–6097.   GREENE *v.* HOGAN, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 76–6105.   SAMPLE *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 5th Cir.   Certiorari denied.

No. 76–6106.   LORENTZOS *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 76–6112.   WAITE *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 76–6115.   MOORE *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 76–6116.   VELEZ-DIAZ *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 76–6130.   MOSBY *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 76–6133.   DORROUGH *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 76–6140.   RODRIQUEZ *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 76–6145.   RODGERS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 76–6180.   PARKER *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.